AO-10
Rev. 1/2002

# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Rodriguez, Joseph H | 2. Court or Organization<br><br>U.S.District Court | 3. Date of Report<br><br>05/10/2010 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior US District Judge | 5. Report Type (check appropriate type)<br><br>Nomination, Date<br><br>Initial    ● Annual    Final | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>1 John F. Gerry Plaza<br><br>Camden, NJ 08101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Governance Board | Vicariate for Human Services, Diocese of Camden, NJ |
| 2. | Board Member | San Miguel Grammar School, Camden, NJ - Term ended 2009 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

✓ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

✓ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

Rodriguez, Joseph H.

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | New York Intellectual Property Law Association, New York, NY | March 27-28, 2009 (Food & lodging) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

✔ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1 | | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp 32-34 of instructions.)

✔ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rodriguez, Joseph H | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Fidelity Mutual Ins. | A | Interest | J | T | | | | | |
| 2. San Juan Racing Assn. | | None | J | T | | | | | |
| 3. Penn Mutual Life | A | Dividend | J | T | | | | | |
| 4. Audubon S&L, Audubon, NJ | A | Interest | K | T | | | | | |
| 5. PNC Bank | B | Interest | L | T | | | | | |
| 6. Campbell Soup Co common | A | Dividend | J | T | | | | | |
| 7. Delaware Group Cash Reserve | A | Dividend | J | T | | | | | |
| 8. PNC Stock-common | A | Dividend | J | T | | | | | |
| 9. Putnam Fund for Growth | B | Dividend | K | T | | | | | |
| 10. Commerce Capital Markets Inc | C | Interest | M | T | | | | | |

1. Income Gain Codes: A $1,000 or less  B $1,001-$2,500  C $2,501-$5,000  D $5,001-$15,000  E $15,001-$50,000
(See Columns B1 and D4) F $50,001-$100,000  G $100,001-$1,000,000  H1 $1,000,001-$5,000,000  H2 More than $5,000,000
2. Value Codes: J $15,000 or less  K $15,001-$50,000  L $50,001-$100,000  M $100,001-$250,000
(See Columns C1 and D3) N $250,001-$500,000  O $500,001-$1,000,000  P1 $1,000,001-$5,000,000  P2 $5,000,001-$25,000,000
P3 $25,000,001-$50,000,000  P4 More than $50,000,000
3. Value Method Codes: Q Appraisal  R Cost (Real Estate Only)  S Assessment  T Cash Market
(See Column C2) U Book Value  V Other  W Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Rodriguez, Joseph H | 05/10/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

None

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Rodriguez, Joseph H | 05/10/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date _May 10, 2010_

NOTE: A ...SIFIES OR FAILS TO FILE THIS REPORT MAY
BE SUBJ ; 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544